**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Thomas Wayne Florence v. The State of Texas

Appellate case number:     01-20-00556-CR

Trial court case number:    10-CR-1217

Trial court:                      56th District Court of Galveston County

Appellant, Thomas Wayne Florence, proceeding pro se, has filed a "Motion for the New Justices to Take Judicial Notice [] on the Record Evidence in this Court Clerk's File [for Appeal No.] 01-11-00822-CR." The motion will be **carried with the case** and considered when the appeal is set for submission on the Court's docket.

It is so ORDERED.

Judge's signature: ___/s/ April Farris_____
                            ☑ Acting individually      ☐ Acting for the Court

Date: ___March 16, 2021___